NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RAYMON LEROY MYERS,         )
                                      )
     Appellant,             )
                                      )
v.                                  )     Case No.  2D16-5081
                                      )
STATE OF FLORIDA,           )
                                      )
     Appellee.              )
_____)

Opinion filed April 27, 2018.

Appeal from the Circuit Court for Sarasota
County; Debra Johnes Riva, Judge.

Howard L. Dimmig, II, Public Defender,
and J.L. "Ray" LeGrande, Special
Assistant Public Defender, Bartow, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Brandon R. Christian,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

     Affirmed.


CASANUEVA, SILBERMAN, and SLEET, JJ., Concur.